# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   CHRISTIAN R. JOHNSON                                    Case Number: 07-70843
         1018 GREENWOOD CIRCLE         SSN-xxx-xx-1316
         WOODSTOCK, IL  60098

                                                   Case filed on:    4/10/2007
                                                   Plan Confirmed on: 8/29/2007

                                    D Dismissed

Total funds received and disbursed pursuant to the plan: $2,200.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 2,500.00 | 2,500.00 | 1,123.38 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 1,123.38 | 0.00 |
| 008 | FREEDMAN ANSELMO LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CHRISTIAN R. JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICA'S SERVICING COMP | 6,627.96 | 6,000.00 | 287.83 | 0.00 |
| 002 | FREMONT INVESTMENT & LOAN | 4,273.71 | 47.97 | 47.97 | 0.00 |
| 003 | AMERICAN GENERAL FINANCIAL SERVICES | 1,900.85 | 1,900.85 | 495.85 | 104.15 |
|  | Total Secured | 12,802.52 | 7,948.82 | 831.65 | 104.15 |
| 003 | AMERICAN GENERAL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | PORTFOLIO RECOVERY ASSOCIATES | 573.19 | 573.19 | 0.00 | 0.00 |
| 005 | CREDITORS PROTECTION ASSOC. L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DISH NETWORK | 712.68 | 712.68 | 0.00 | 0.00 |
| 007 | FIRST PREMIER | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NCO FIN / 99 | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR GAS | 458.97 | 458.97 | 0.00 | 0.00 |
| 011 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,744.84 | 1,744.84 | 0.00 | 0.00 |
|  | Grand Total: | 17,047.36 | 12,193.66 | 1,955.03 | 104.15 |

Total Paid Claimant:      $2,059.18
Trustee Allowance:        $140.82          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00           discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                   /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008          By   /s/Heather M. Fagan